```
                   UNITED STATES DISTRICT COURT
                      DISTRICT OF NEW JERSEY
```

ASHLEY GEORGES,                    1:21-cv-13149 (NLH) (KMW)

        Plaintiff,          **MEMORANDUM OPINION & ORDER**

   v.

CLAIRE C. CECCHI,

        Defendant.

**APPEARANCES**:

Ashley Georges
429230-196682C
East Jersey State Prison
Lock Bag R
1100 Woodbridge Road
Rahway, NJ 07065

    Plaintiff pro se

**HILLMAN**, **District Judge**

    WHEREAS, Plaintiff Ashley Georges filed a complaint against United States District Judge Claire C. Cecchi under 28 U.S.C. § 351, ECF No. 1; and

    WHEREAS, the statute states that "[a]ny person alleging that a judge has engaged in conduct prejudicial to the effective and expeditious administration of the business of the courts . . . may file with the clerk of the court of appeals for the circuit a written complaint containing a brief statement of the facts constituting such conduct." 28 U.S.C. § 351(a); and

WHEREAS, a complaint making allegations of this nature must be filed with the relevant Clerk of the Court of Appeals, in this instance the Third Circuit,

THEREFORE, IT IS on this  2nd   day of   July   , 2021

ORDERED that the Clerk shall transfer this matter to the United States Court of Appeals for the Third Circuit, 28 U.S.C. § 351; and it is finally

ORDERED that the Clerk shall serve a copy of this Order upon Plaintiff by regular mail and close this matter.

                                          s/ Noel L. Hillman
At Camden, New Jersey         NOEL L. HILLMAN, U.S.D.J.